**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

TWIN CITY BAGEL, INC.,                               Case No. 11-36042
dba NATIONAL CHOICE BAKERY,               Chapter 11

        Debtor.

In re:

LEV BAKERY, INC.,                                       Case No. 11-36044
                                                           Chapter 11

        Debtor.

**AFFIDAVIT OF RELATEDNESS**

I, Michael L. Meyer, declare under penalty of perjury that:

1.     I am counsel for the above named Debtors.

2.     These Debtors are affiliates. The shares of each are owned by the same individuals: Michel Rouache and Shimon Harosh.

3.     These Debtors have related businesses. Both manufacture and distribute bagels to other parties who sell those products under a variety of names.

4.     The management of the two Debtors is common and located at Twin City Bagel's location in Mendota Heights, Minnesota. General and administrative expenses associated with that management are allocated between the two companies.

5.     The lender to the Debtors' is Associated Bank, N.A. ("Associated"). The loans to the Debtors are cross defaulted and cross collateralized.

{00039525 }

-2-

6. For all of the reasons recited above, joint administration of these cases before one judge is appropriate.

Dated: September 27, 2011

_____
Michael L. Meyer

Subscribed and sworn to before me
this 27th day of September, 2011.

_____
Notary Public

LORI J. MICKELBOROUGH
Notary Public
Minnesota
My Commission Expires January 31, 2015

{00039525 }   -2-