# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 11 |
| Twin City Bagel, Inc., dba National Choice Bakery | Case No. 11-36042 |
| Debtor. | |
| In re: | Chapter 11 |
| Lev Bakery, Inc., | Case No. 11-36044 |
| Debtor. | |

## ASSOCIATED BANK'S RESPONSE TO DEBTOR'S APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEYS

Associated Bank, National Association takes no position with respect to the Debtor's Application for Approval of Employment of Attorneys. Associated Bank reserves all rights with respect to any request to use cash collateral for purposes of paying professional fees.

Respectfully submitted,

Dated: September 30, 2011          WINTHROP & WEINSTINE, P.A.

By: *s/ Daniel C. Beck*
    Daniel C. Beck, #192053

225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
(612) 604-6400

Attorneys for Associated Bank

6337548v1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Chapter 11 |
| Twin City Bagel, Inc., dba National Choice Bakery | Case No. 11-36042 |
| Debtor. | |

| | |
|---|---|
| In re: | Chapter 11 |
| Lev Bakery, Inc., | Case No. 11-36044 |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2011, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to the following persons:

- Daniel C. Beck dbeck@winthrop.com, tcooke@winthrop.com
- Michael Fadlovich michael.fadlovich@usdoj.gov
- Michael L Meyer mlmeyer@ravichmeyer.com, mdhoward@ravichmeyer.com
- US Trustee ustpregion12.mn.ecf@usdoj.gov

I further certify that there are no manual recipients.

Dated:  September 30, 2011         WINTHROP & WEINSTINE, P.A.
                                   By: *s/ Daniel C. Beck*
                                        Daniel C. Beck, #192053

                                   225 South Sixth Street, Suite 3500
                                   Minneapolis, MN  55402-4629
                                   (612) 604-6400

                                   Attorneys for Associated Bank

6332374v1